GEICO General Insurance Company
_____

Attn: Salvage Department, PO BOX 13528
Macon, GA 31208-3528

6/23/2016

Ms. Kerry Roth
5751 Camino Del Sol APT 105
Boca Raton FL 33433--6586

Dear Ms. Roth,

The enclosed "Total Loss Settlement Explanation" is a breakdown of your vehicle's settlement. For your convenience, the Market Valuation is available on GEICO.com. The Net Settlement Amount is the Base Value of your vehicle, plus any applicable fees and adjustments. If you have any questions, please contact me at 954-614-7996. You can also access your claim information at GEICO.com.

Sincerely,

William Dwyer
954-614-7996

Encl:    SHCL30

EC0977 (12/2014)

## TOTAL LOSS SETTLEMENT EXPLANATION

| | |
|---|---|
| Date | June 23, 2016 |
| Accident Date | June 18, 2016 |
| Claim Number | 055901116-0101-012 |
| Company | GEICO General Insurance Company |
| Vehicle | 2015 AUDI A3 PREMIUM |
| VIN | WAUACGFF7F1092286 |

Dear: Kerry Roth,

This is a brief explanation of your claim settlement:

| | | |
|---|---|---|
| Base Value | | $22,933.00 |
| Condition Adjustment | | $1,014.00 |
| Pre Tax Adjustment | | $0.00 |
| Tax | | $0.00 |
| Total Value | | $23,947.00 |
| State and Local Regulatory Fees | | $0.00 |
| Post Tax Adjustment | | $0.00 |
| Less Deductible | | $1,000.00 |
| Less Percent Negligent | 0% | $0.00 |
| Less Retention Amount | | $0.00 |
| Net Settlement Amount | | $22,947.00 |
| Towing Charges | | $0.00 |
| Storage Charges | | $0.00 |

State law requires that owners of total loss or salvage motor vehicles apply for a salvage certificate within 10 days after a total loss settlement.

Does Apply                                      Does Not Apply
■                                                      ☐

Any state sales tax due the owner through replacement of the vehicle will be considered when notice is given and purchase invoice presented.

Does Apply                                      Does Not Apply
■                                                      ☐

Adjuster William Dwyer                    Telephone No. 954-614-7996

Customer's Signature  _____

CL-30  (10-13)