UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62942-CIV-DIMITROULEAS/Snow

KERRY ROTH,

    Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Compel Discovery (ECF No. 53), which was referred to Lurana S. Snow, United States Magistrate Judge. On March 5, 2018, the parties advised the Court that they have resolved all of the issues raised in Plaintiff's motion. (ECF No. 84) Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion to Compel Discovery (ECF No. 53) is DENIED as moot.

2. The hearing on Plaintiff's motion which is currently set for March 6, 2018 at 3:00 p.m. is CANCELLED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of March, 2018.

                                                      LURANA S. SNOW
                                           UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties