# EXHIBIT A

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
*Roth v. GEICO General Insurance Company, Case No. 16-62942-Civ-DIMITROULEAS/ SNOW*
**NOTICE OF PENDENCY OF CLASS ACTION LAWSUIT**
**PLEASE READ THIS NOTICE CAREFULLY AS IT MAY AFFECT YOUR RIGHTS.**
**THIS IS <u>NOT</u> AN ATTEMPT TO COLLECT A DEBT FROM YOU AND THIS IS <u>NOT</u> A LAWSUIT AGAINST YOU.**
**YOU MAY BENEFIT BY BEING PART OF THIS CLASS IF THE PLAINTIFF IS SUCCESSFUL.**

On May 18, 2018, the U.S. District Court for the Southern District of Florida certified a class action against Defendant GEICO General Insurance Company ("GEICO General"). The case, *Roth v. GEICO General*, claims that GEICO General breached its insurance policies by failing to pay the full actual cash value (including sales tax and title transfer fees) on total loss auto claims for covered leased vehicles. The Court has not decided who is right, and the case has not been settled. The trial is scheduled for July 16, 2018.

**Who's Included?** If were insured by GEICO General and submitted a physical damage claim in Florida of a covered leased vehicle during the period August 30, 2011 through August 30, 2016 that resulted in a total loss claim payment, you may be a member of the Class. You received this Notice because GEICO General's records indicate you may be a member of the Class.

**What is the case about?** This Class Action seeks to recover the amounts in sales tax and/or title transfer fees that GEICO General allegedly withheld from settlement payments for physical damage claims for covered leased vehicles. The District Court has not yet ruled on the merits of these claims. GEICO General denies these claims have any merit and asserts that sales tax and title fees are not owed on leased vehicle total loss claims, and asserts it properly paid all claims. Detailed information about the certified Class can be found on the website below.

**What are my Options?** If you want to stay in the case you do not need to do anything. If you do not want to participate in this case or want to file your own case, you must mail a letter to Roth v. GEICO General Insurance Company - 8161, c/o Dahl Administration, PO Box 3613 Minneapolis, MN 55403-0613, stating that you want to be excluded from *Roth v. GEICO General*. Be sure to include your name and address, and sign the letter. **Your request to be excluded must be postmarked by July 2, 2018**. If you do not exclude yourself from this case, you will be legally bound by the decisions of the Court and the final outcome of the lawsuit. If you exclude yourself, you will not participate in any favorable result from the litigation, but will retain all rights you have related to any claims you may have. An exclusion request form is available at www.RothTaxTitleClassAction.com.

**Do I need to hire a lawyer?** The Court has appointed attorneys (Normand Law PLLC, Pratt Clay, LLC, Hall & Lampros, LLP, Avolio & Hanlon, PC, Christopher J. Lynch PA) to represent the Class. You may, but are not required to, enter an appearance through an attorney in this case at your own expense.

Roth v. GEICO General Insurance Company - 8161
c/o Dahl Administration
PO Box 3613
Minneapolis, MN 55403-0613

PRESORT
FIRST CLASS
U.S. POSTAGE
PAID
PERMIT NO 6220
TWIN CITIES MN

\*BARCODE\* «SeqID»

UNIQUE ID: <<ClaimantDahlID>>
<<ClaimantName>>
<<Addr1>>
<<Addr2>>
<<City>> <<State>> <<ZIP>>