**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 16-62942-CIV-DIMITROULEAS / SNOW**

| | |
|---|---|
| KERRY ROTH, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GEICO GENERAL INSURANCE COMPANY; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY | ) ) ) ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION TO FILE UNDER SEAL DEFENDANT
GEICO GENERAL INSURANCE COMPANY'S
OBJECTIONS TO PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT**

COMES NOW Defendant GEICO GENERAL INSURANCE COMPANY ("Defendant" or "GEICO"), and hereby files this Unopposed Motion to File Under Seal Defendant's Objections to Plaintiff's Request for Entry of Judgment, pursuant to the Agreed Protective Order (Dkt. No. 27) and L.R. 5.4, and hereby states in support the following:

1. This matter concerns Plaintiff's allegations, on behalf of herself and a putative class, that Defendant underpaid the actual cash value ("ACV") of total-loss leased vehicles, namely by not including sales tax and regulatory fees in their determination of the ACV of total-loss leased vehicles.

2. Because the case centers on Defendant's internal policies and procedures related to its insurance policies and determinations of ACV and confidential insured information, the parties jointly agreed to a Protective Order governing information marked confidential or highly confidential. *See* Agreed Protective Order at 5, Dkt. No. 27. This Court entered such Order on April 19, 2017.

3. Plaintiff filed under seal her Request for Entry of Judgment on September 7, 2018. *See* Plaintiff's Request for Entry of Judgment, Dkt. No. 262.

4. Defendant's Objections to Plaintiff's Request for Entry of Judgment contains numerous references to and citations to discovery and testimony that Defendant marked as confidential. In addition, it contains information regarding GEICO's proprietary systems and claims handling practices and insured personal information.

5. Pursuant to the Agreed Protective Order, Defendant is required to file such confidential information under seal. *See* Agreed Protective Order at 5, Dkt. No. 27.

6. The Southern District consistently permits documents to be filed under seal where they contain information marked by a party as "Confidential." *See, e.g.*, *Benzion v. Vivint, Inc.*, Case No. 12-61826-CIV-ZLOCH/HUNT, 2013 WL 12014439 (S.D. Fla. Sept. 9, 2013).

WHEREFORE, for the aforementioned reasons, pursuant to the Agreed Protective Order and LR 5.4, Defendant respectfully requests that its Unopposed Motion to File Under Seal Defendant's Objections to Plaintiff's Proposed Final Judgment be GRANTED.

## CERTIFICATE OF CONFERENCE

On September 13, 2018, pursuant to Local Rule 7.1(a)(3), counsel for Defendant discussed the relief sought in this Motion with counsel for Plaintiff, who does not oppose the relief requested herein.

Dated: September 17, 2018

Respectfully submitted,

s/ Amelia Toy Rudolph
Amelia Toy Rudolph
Florida Bar No. 57015
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
Email: amyrudolph@eversheds-sutherland.com

Kymberly Kochis (*pro hac vice*)
Alexander P. Fuchs (*pro hac vice)*
**EVERSHEDS SUTHERLAND (US) LLP**
1114 Avenue of Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5082
Facsimile: (212) 389-5099
kymkochis@eversheds-sutherland.com
alexfuchs@eversheds-sutherland.com

*Attorney for Defendant*
*GEICO GENERAL INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Unopposed Motion To File Under Seal Defendant GEICO General Insurance Company's Objections to Plaintiff's Request for Entry of Judgment** was served via the Court's CM/ECF system on September 17, 2018, on all counsel or parties of record on the service list.

s/ Amelia Toy Rudolph<br>
Amelia Toy Rudolph<br>
Florida Bar No. 57015

## SERVICE LIST

Christopher J. Lynch
**Christopher J. Lynch, P.A.**
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Telephone: (305) 443-6200
Facsimile: (305) 443-6204
clynch@hunterlynchlaw.com
lmartinez@hunterlynchlaw.com
*Attorney for Kerry Roth*

Tracy L. Markham
Florida Bar No. 0040126
**Avolio & Hanlon, P.C.**
2800 N 5th Street, Suite 302
St. Augustine, Florida 32084
Phone: (904) 794 7005
Facsimile: (904) 794 7007
tlmarkhamlaw@gmail.com
*Attorney for Kerry Roth*

Andrew Lampros
**Hall & Lampros, LLP**
1230 Peachtree St. NE
Suite 950
Atlanta, Georgia 30309
Telephone: (404) 876-8100
alampros@hallandlampros.com
admin@hallandlampros.com
*Attorney for Kerry Roth*

Edmund A. Normand
Jacob L. Phillips
**Normand Law PLLC**
62 W. Colonial Drive
Suite 209
Orlando, Florida 32801
Telephone: (407) 603-6031
Facsimile: (509) 267-6468
Ed@EdNormand.com
jacob@ednormand.com
*Attorney for Kerry Roth*

Bradley W. Pratt
**Pratt Clay, LLC**
4401 Northside Parkway
Suite 520
Atlanta, GA 30327
Telephone:  (404) 949-8118
Facsimile:  (404) 949-8159
bradley@prattclay.com
*Attorney for Kerry Roth*