IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO. 16-62942-CIV-DIMITROULEAS / SNOW**

| | |
|---|---|
| KERRY ROTH, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GEICO GENERAL INSURANCE COMPANY; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY | ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO FILE UNDER SEAL DEFENDANT'S OBJECTIONS TO
<u>PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT</u>**

THIS CAUSE having come before the Court on Defendant's Unopposed Motion to File Under Seal Defendant's Objections to Plaintiff's Request for Entry of Judgment, it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record