UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 16-62942-CIV-DIMITROULEAS / SNOW

KERRY ROTH, on behalf of herself and all :
others similarly situated, :
                                                            :
      Plaintiff, :
                                                            :
vs. :
                                                            :
GEICO GENERAL INSURANCE :
COMPANY; :
                                                            :
     Defendants. :

**ORDER AND JUDGMENT**

This Court has considered the Parties' Joint Request for Entry of Judgment, and Plaintiff's Request for Determination of Entitlement to Attorneys' Fees, Costs, and Expenses, and a Representative Plaintiff Service Award, and enters the following Order and Judgment.

WHEREAS this Court on May 4, 2018 entered an Order pursuant to Fed. R. Civ. P. 23(c)(1) certifying the Plaintiff's proposed class of Florida first-party total loss leased vehicle insureds whose total losses occurred during the period August 31, 2011 through August 31, 2016 (DE 165);

WHEREAS this Court on May 18, 2018 entered an Order pursuant to Fed. R. Civ. P. 23(B)(i)-(vii) approving the form and method of Notice to Class Members (DE 211);

WHEREAS Class Notice was made on June 1, 2018 pursuant to Fed. R. Civ. P. 23(c)(2)(B) and in accordance with the Court's May 18, 2018 Order (DE 234);

WHEREAS this Court on June 14, 2018 entered an Order granting Summary Judgment in favor of Plaintiff as to Plaintiff's breach of contract claims (DE 247);

WHEREAS Defendant filed a Motion to Decertify the Class (DE 255) on August 27, 2018;

WHEREAS Plaintiff filed an Opposition to Defendant's Motion to Decertify the Class (DE 259) on September 4, 2018, and filed a Request for Entry of Judgment (DE 262) on September 7, 2018;

WHEREAS Defendant filed an Opposition to Plaintiff's Request for Entry of Judgment (DE 265) on September 17, 2018;

WHEREAS, the Court denied the Motion to Decertify the Class, and denied without prejudice Plaintiff's Request for Entry of Judgment (DE 267);

WHEREAS, the Court held "that a simple back-and-forth process to vet the final list of class members and their damages amounts is not overly burdensome and will result in a final proposed judgment suitable for entry by the Court;" and referred the matter to the magistrate judge to supervise such process. [DE 267 at 3; DE 269]

WHEREAS, Magistrate Snow has supervised the process, the parties have provided progress reports to Magistrate Snow relating to progress, and the parties have submitted a proposed judgment.

NOW THEREFORE, the Court enters judgment pursuant to Fed. R. Civ. P. 23(c)(3)(B) in favor of Plaintiff and the Class and against Defendant GEICO General Insurance Company in the amount of $5,870,893.32 in damages and prejudgment interest.[1] The Certified Class consists of:

> All persons insured by Defendant under a Florida insurance policy for private passenger auto ("PPA") physical damage who suffered a first-party total loss of a covered leased vehicle at any time during the 5 years prior to the filing of this lawsuit, whose claim was adjusted by Defendant as a total loss claim, whose claim resulted in payment by Defendant of a covered claim, and who was not paid the full total loss vehicle value ("TLVV ") sales tax or title transfer fees.

---

[1] See attached Summary.

(*See* DE 165.) The Certified Class includes those 3,302 persons to whom notice was directed and who did not request to be excluded from the Certified Class, and who are identified in Exhibit A to the Parties' Joint Request for Entry of Judgment. [DE 277-1]. This judgment excludes and does not bind any persons beyond the 3,302 persons identified in Exhibit A.

The Court ORDERS Defendant to issue payments to class members in accordance with damages allocations set forth in Exhibit A to the Parties' Joint Request for Entry of Judgment.

The Court ORDERS that Plaintiff shall file any Motion for Attorneys' Fees, Costs, and Expenses pursuant to S.D. Fla. L.R. 7.3, Fla. Stat. § 627.428, and other applicable law within sixty (60) days of any Final Judgment in this case being entered as to the forthcoming Supplemental Notice Class.

The Court ORDERS that Plaintiff shall file any Motion for Service Award within sixty (60) days of any Final Judgment.

The Court ORDERS that this is a Judgment, but it is not the Final Judgment because Supplemental Notice is being provided to additional potential class members.

The Court retains jurisdiction over Defendant's compliance with this Order and Judgment.

IT IS SO ORDERED.

Dated: Nov. 20, 2018

William P. Dimitrouleas
United States District Judge

## SUMMARY

|  | Total |
|---|---|
| Counts | 3302 |
| Sales Tax Underpayment | 4,743,446.91 |
| Title Underpayment | 248,475.50 |
| Interest through 11/16/18 | 886,337.54 |
| Total Damages exclusive of fees, expenses, and service award | 5,878,259.95 |