# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

## Case No. 16-62942-CIV-DIMITROULEAS / SNOW

KERRY ROTH, on behalf of herself and all others similarly situated,

    Plaintiff,

vs.

GEICO GENERAL INSURANCE COMPANY;

    Defendant.

## ORDER OF SECOND JUDGMENT AND FINAL JUDGMENT

This Court has considered the Parties' Joint Request for Entry of Judgment, and Plaintiff's Request for Determination of Entitlement to Attorneys' Fees, Costs, and Expenses, and a Representative Plaintiff Service Award, and enters the following Order and Judgment.

WHEREAS this Court on May 4, 2018 entered an Order pursuant to Fed. R. Civ. P. 23(c)(1) certifying the Plaintiff's proposed class of Florida first-party total loss leased vehicle insureds whose total losses occurred during the period August 31, 2011 through August 31, 2016 (DE 165);

WHEREAS this Court on May 18, 2018 entered an Order pursuant to Fed. R. Civ. P. 23(B)(i)-(vii) approving the form and method of Notice to Class Members (DE 211);

WHEREAS Class Notice was made on June 1, 2018 pursuant to Fed. R. Civ. P. 23(c)(2)(B) and in accordance with the Court's May 18, 2018 Order (DE 234);

WHEREAS this Court on June 14, 2018 entered an Order granting Summary Judgment in favor of Plaintiff as to Plaintiff's breach of contract claims (DE 247);

WHEREAS Defendant filed a Motion to Decertify the Class (DE 255) on August 27, 2018;

WHEREAS Plaintiff filed an Opposition to Defendant's Motion to Decertify the Class (DE 259) on September 4, 2018, and filed a Request for Entry of Judgment (DE 262) on September 7, 2018;

WHEREAS Defendant filed an Opposition to Plaintiff's Request for Entry of Judgment (DE 265) on September 17, 2018;

WHEREAS, the Court denied the Motion to Decertify the Class, and denied without prejudice Plaintiff's Request for Entry of Judgment (DE 267);

WHEREAS, this Court entered an Order and Judgment on November 21, 2018 (the "First Judgment") [DE 281], in the amount $5,870,893.32 in favor of a certified class including 3,302 persons to whom notice was directed, who did not request to be excluded from the Certified Class, and who are identified in Exhibit A to the parties first Joint Request for Entry of Judgment. [DE 277-1];

WHEREAS the First Judgment excludes and does not bind any person beyond the 3,302 persons identified in Exhibit A to the Parties first Joint Request for Entry of Judgment. [DE 281];

WHEREAS, the parties filed a Joint Motion for Supplemental Notice on November 16, 2018 relating to (1) a group of persons identified by Defendant in its opposition to Plaintiff's first Request for Entry of Judgment, who had leased vehicles, and were not in the original notice; and (2) a group of leased vehicle total loss insureds who were not previously identified, but Plaintiff now believes should be part of the class [DE 278];

WHEREAS, the Joint Motion for Supplemental Notice proposed that this Court approve the Supplemental Notice and provided that the parties agreed to undertake the "back and forth vetting"

2

process on newly identified claims and damages consistent with the Court's Omnibus Order of September 19, 2018 [DE 278];

WHEREAS the Court granted the Joint Motion for Supplemental Notice [DE 279];

WHEREAS Supplemental Notice occurred and no persons to whom Notice was directed requested to be excluded from the lawsuit or the class [DE 283]; and

WHEREAS the process of identifying claims and damages consistent with the Court's Omnibus Order has been completed and the parties have submitted a Second Joint Request for Entry of Judgment for all persons identified in Exhibit A to the Parties' Second Joint Request for Entry of Judgment;

NOW THEREFORE, the Court enters a second judgment pursuant to Fed. R. Civ. P. 23(c)(3)(B) in favor of Plaintiff and the Class and against Defendant GEICO General Insurance Company in the amount of $657,427.52 in damages and prejudgment interest. The Certified Class consists of:

> All persons insured by Defendant under a Florida insurance policy for private passenger auto ("PPA") physical damage who suffered a first-party total loss of a covered leased vehicle at any time during the 5 years prior to the filing of this lawsuit, whose claim was adjusted by Defendant as a total loss claim, whose claim resulted in payment by Defendant of a covered claim, and who was not paid the full total loss vehicle value ("TLVV ") sales tax or title transfer fees.

[*See* DE 165]. The Certified Class includes those 375 persons to whom supplemental notice was directed, who did not request to be excluded from the Certified Class, and who are identified in Exhibit A to the Parties' Second Joint Request for Entry of Judgment. This second judgment is in addition to and does not replace the First Judgment [DE 281]. This second judgment excludes and does not bind any persons beyond the 375 persons identified in Exhibit A.

The Court ORDERS Defendant to issue payments to class members in accordance with damages allocations set forth in Exhibit A to the Parties' Second Joint Request for Entry of Judgment.

The Court ORDERS that Plaintiff shall file any Motion for Attorneys' Fees, Costs, and Expenses pursuant to S.D. Fla. L.R. 7.3, Fla. Stat. § 627.428, and other applicable law within sixty (60) days of entry of this Order.

The Court ORDERS that Plaintiff shall file any Motion for Service Award within sixty (60) days of entry of this Order.

The Court ORDERS that this is a final judgment on the merits pursuant to 28 U.SC. § 1291. The Court shall consider the collateral matters of any Motion for Attorneys' Fees, Costs, and Expenses, and any Motion for Service Award consistent with the schedule set out in this Order.

The Clerk shall CLOSE this case.

DONE AND ORDERED in Chambers, in Fort Lauderdale, Broward County, Florida.

Dated: March 26, 2019

William P. Dimitrouleas
United States District Judge

4

SECOND JUDGMENT SUMMARY

|  | Total |
|---|---|
| Counts | 375 |
| Sales Tax Underpayment | 527,544.34 |
| Title Underpayment | 28,218.75 |
| Interest | 101,664.43 |
| Total Damages exclusive of fees, expenses, and service award | 657,427.52 |