**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 16-62942-CIV-DIMITROULEAS / SNOW**

KERRY ROTH, on behalf of herself and all others similarly situated,

      Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

      Defendant.

## NOTICE OF APPEAL

Notice is hereby given that GEICO General Insurance Company, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the following Orders entered in this case:

| | Description | Entered Date | ECF No. |
|---|---|---|---|
| 1. | Order Granting Plaintiff's Motion for Class Certification | 05/04/2018 | 165 |
| 2. | Order Denying Motion as Moot | 05/08/2018 | 178 |
| 3. | Order Striking Motions | 05/17/2018 | 209 |
| 4. | Order Denying Defendant's Motion for Reconsideration | 06/05/2018 | 236 |
| 5. | Order Granting Plaintiff's Motion for Summary Judgment; Denying Defendant's Motion for Summary Judgment | 06/14/2018 | 247 |
| 6. | Omnibus Order [Denying Defendant's Motion to Decertify Class] | 09/19/2018 | 267 |
| 7. | Order and Judgment | 11/21/2018 | 281 |

|  | **Description** | **Entered Date** | **ECF No.** |
|---|---|---|---|
| 8. | Order of Second Judgment and Final Judgment | 03/26/2019 | 287 |

Respectfully submitted, this 24th day of April, 2019.

By: s/ Amelia Toy Rudolph
Amelia Toy Rudolph
Florida Bar No.  57015
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996
Telephone: (404) 853-8000
Facsimile:  (404) 853-8806
amyrudolph@eversheds-sutherland.com

Kymberly Kochis (*pro hac vice*)
Alexander Fuchs (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 389-5068
Facsimile:   (212) 389-5099
kymberlykochis@eversheds-sutherland.com
alexfuchs@eversheds-sutherland.com

*Attorneys for Defendant*
*GEICO General Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Appeal** was served via the Court's CM/ECF system on April 24, 2019, on all counsel or parties of record on the service list.

                                          s/ Amelia Toy Rudolph
                                          Amelia Toy Rudolph
                                          Florida Bar No. 57015

## SERVICE LIST

| | |
|---|---|
| Christopher J. Lynch<br>**Christopher J. Lynch, P.A.**<br>6915 Red Road, Suite 208<br>Coral Gables, Florida 33143<br>Telephone: (305) 443-6200<br>Facsimile: (305) 443-6204<br>clynch@hunterlynchlaw.com<br>lmartinez@hunterlynchaw.com<br>*Attorney for Kerry Roth* | Edmund A. Normand<br>Jacob L. Phillips<br>**Normand Law PLLC**<br>62 W. Colonial Drive, Suite 209<br>Orlando, Florida 32801<br>Telephone: (407) 603-6031<br>Facsimile: (888) 974-2175<br>ed@ednormand.com<br>jacob@ednormand.com<br>*Attorneys for Kerry Roth* |
| Tracy L. Markham<br>**Southern Atlantic Law Group, PLLC**<br>2800 N 5th Street, Suite 302<br>St. Augustine, Florida 32084<br>Telephone: (904) 794-7005<br>Facsimile: (904) 794-7007<br>tlm@southernatlanticlaw.com<br>*Attorney for Kerry Roth* | Bradley W. Pratt<br>**Pratt Clay, LLC**<br>4401 Northside Parkway, Suite 520<br>Atlanta, GA 30327<br>Telephone: (404) 949-8118<br>Facsimile: (404) 949-8159<br>bradley@prattclay.com<br>*Attorney for Kerry Roth* |
| Christopher B. Hall<br>Andrew Lampros<br>**Hall & Lampros, LLP**<br>400 Galleria Parkway, Suite 1150<br>Atlanta, Georgia 30339<br>Telephone: (404) 876-8100<br>chall@hallandlampros.com<br>alampros@hallandlampros.com<br>admin@hallandlampros.com<br>*Attorneys for Kerry Roth* | |