UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-62942-Civ-DIMITROULEAS

KERRY ROTH, on behalf of herself and
all others similarly situated,

       Plaintiff,

vs.

GEICO GENERAL INSURANCE
COMPANY; GOVERNMENT
EMPLOYEES INSURANCE COMPANY;
GEICO INDEMNITY COMPANY; and
GEICO CASUALTY COMPANY,

       Defendants.

_____

**ORDER GRANTING MOTION TO APPROVE CLASS NOTICE PURSUANT TO FED.
R. CIV. P. 23(h) OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND
EXPENSES, AND NAMED PLAINTIFF'S SERVICE AWARD**

THIS CAUSE comes before the Court on the Plaintiff's Unopposed Motion to Set

Hearing Date[1] and Approve Class Notice Pursuant to Fed. R. Civ. P. 23(h) of Plaintiff's Motion

for Attorneys' Fees, Costs and Expenses, and Named Plaintiff's Service Award. [DE 305]. The

Court has carefully considered the proposed Notice and is otherwise fully advised in the

premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

_____

[1] Judge Snow set a hearing date for September 11, 2019. *See* [DE 309].

1.      Plaintiff's Motion to Approve Class Notice Pursuant to Fed. R. Civ. P. 23(h) of

Plaintiff's Motion for Attorneys' Fees, Costs and Expenses, and Named Plaintiff's

Service Award [DE 305] is **GRANTED** and the proposed Notice is **APPROVED**.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 28th day of June, 2019.


WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record