# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| KERRY ROTH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 0:16-cv-62942-WPD |

## **DECLARATION OF JEFFREY O. MARTIN**

The undersigned, Jeffrey O. Martin, declares as follows:

My name is Jeffrey O'Neal Martin.

1. I am over the age of majority and provide this declaration voluntarily and based on my personal knowledge.

2. I graduated from public school in DeKalb County, Georgia, hold a Bachelor's degree in Mathematics and Economics from Vanderbilt University and a Master's degree in Economics from the University of Chicago.

3. I am employed as a consultant on statistical issues, a consultant on actuarial issues, and as a consultant to political campaigns.

4. My academic research and current work involves the use of computers and statistical procedures to analyze data. I have been qualified as an expert witness on statistical

issues in Superior Courts in Georgia and South Carolina and in Federal Courts in Georgia, Alabama, Michigan, and Washington.

5. I was initially engaged by Plaintiff's counsel to analyze claims and payments data on Florida first party total loss private passenger auto claims by Defendant's insureds.

6. I have applied my mathematics and statistics expertise to determine the prejudgment interest on the attorneys' fee award of $6,352,178.10 with interesting accruing on the first day after the March 26, 2019 Second Judgment.

7. I applied the prejudgment interest based on the Florida statutory interest rate, which I recovered from the website of Jimmy Patronis, Florida's Chief Financial Officer, Division of Accounting and Auditing, Current Judgement Interest Rates (www.myfloridacfo.com/Division/AA/LocalGovernments/Current.htm).

8. The rates of interest that I applied are:

| | |
|---|---|
| Effective January 1, 2019 | 6.33% or .0173425% per day |
| Effective April 1, 2019 | 6.57% or .0180000% per day |
| Effective July 1, 2019 | 6.77% or .0185479% per day |
| Effective October 1, 2019 | 6.89% or .0188767% per day |
| Effective January 1, 2020 | 6.83% or .0186612% per day |

9. Applying the above interest rates at simple (non-compounding) interest, the prejudgment interest on $6,352,178.10 beginning the first day after March 26, 2019 through January 10, 2020 is $340,120.24.

Further declarant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

Dated 6th day of February 2020.

_____          Jeffrey Martin

2