# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

KERRY ROTH, on behalf of herself and all others similarly situated,

  Plaintiff,

vs.

GEICO GENERAL INSURANCE COMPANY,

  Defendant.
_____/

CASE NO: 16-62942-Civ-DIMITROULEAS

## **AMENDED JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff Kerry Roth's Motion to Amend Judgment Awarding Attorneys' Fees to Include Prejudgment Interest and Postjudgment Interest (DE 335), filed on February 7, 2020.  Plaintiff's Motion to Amend Judgment Awarding Attorneys' Fees is GRANTED.  Accordingly, it is ORDERED AND ADJUDGED as follows:

1. AMENDED JUDGMENT is entered in favor of Plaintiff against Defendant GEICO General Insurance Company for attorneys' fees in the amount of $6,352,178.10;

2. AMENDED JUDGMENT is entered in favor of Plaintiff against Defendant GEICO General Insurance Company for prejudgment interest in the amount of $340,120.24 for the period March 26, 2019 through January 10, 2020;

3. Postjudgment interest shall accrue on this Final Judgment pursuant to 28 U.S.C. § 1961;

4. To the extent not otherwise disposed of, all pending motions are denied as MOOT and all deadlines and hearings are TERMINATED; and

5. The Clerk of Court shall CLOSE this case.

2

DONE AND ORDERED in Chambers, this _____ day of February, 2020.

_____
William P. Dimitrouleas
United States District Judge