FILED BY HH D.C.

Aug 27, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 27, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 19-11652-HH
Case Style: Kerry Roth v. GEICO General Insurance Co.
District Court Docket No: 0:16-cv-62942-WPD

LIMITED REMAND

Enclosed is a copy of an order remanding the referenced appeal for further proceedings.
JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of remand proceedings in your court.

Upon completion of remand proceedings, please promptly send a copy of the ORDER ON REMAND to this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

CLK-3 DC Letter with Ltd Remand order

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 19-11652-HH

KERRY ROTH,
on behalf of herself and all others similarly situated,

                                     Plaintiff - Appellee,

versus

GEICO GENERAL INSURANCE COMPANY,

                                     Defendant - Appellant,

GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,

                                     Defendants.

Appeal from the United States District Court
for the Southern District of Florida

Before: MARTIN and NEWSOM, Circuit Judges.

BY THE COURT:

The "Joint Motion for Continued Stay and Limited Remand Pursuant to Fed. R. Civ. P. 12.1(b)" is GRANTED. This appeal is REMANDED on a limited basis for further proceedings regarding the settlement reached between the parties.

This appeal is STAYED pending completion of the proceedings on limited remand.

The parties are DIRECTED to file a joint status report regarding the proceedings on limited remand within 60 days of entry of this Order and every 60 days thereafter until the settlement is finalized.