UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KERRY ROTH, on behalf of herself and     CASE NO.: 16-62942-Civ-WPD
all others similarly situated,

    Plaintiffs,

v.

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

MARIANNE JOFFE, DEBBE SCHERTZER,     CASE NO.: 18-61361-Civ-WPD
and STEPHANIE RODRIGUEZ, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.

GEICO INDEMNITY COMPANY,
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, and GEICO GENERAL INSURANCE
COMPANY,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE

    THIS CAUSE is before the Court upon the Joint Motion to Consolidate Cases [DE 117]. The parties request that the Court consolidate Case No. 18-61361-WPD *Joffe et al v. GEICO Indemnity Company et al* with Case No. 16-62942-CIV-WPD *Roth v. GEICO General Ins. Co.*, pursuant to Federal Rule of Civil Procedure 42, for the limited purpose of considering the Parties' proposed global settlement in the two cases and, if the settlement is approved,

overseeing its implementation. The Court has carefully considered the Motion, Joint Notice of Settlement [DE 110], the Complaints filed in each action, notes the agreement by all parties, and is otherwise fully advised in the premises

Accordingly, having found that consolidation of the two cases is appropriate; it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Consolidate Cases [DE 117] is **GRANTED**;

2. Case No. 18-61361-WPD *Joffe et al v. GEICO Indemnity Company et al* with Case No. 16-62942-CIV-WPD *Roth v. GEICO General Ins. Co.*, are hereby **CONSOLIDATED** for the limited purpose of considering the Parties' proposed global settlement in the two cases and, if the settlement is approved, overseeing

3. All pleadings and papers shall be filed in Case No. 16-62942-CIV-WPD *Roth v. GEICO General Ins. Co.* and shall henceforth bear the caption set forth by the Court on page 1 of this Order.

4. Case No. 18-61361-WPD *Joffe et al v. GEICO Indemnity Company et al* is hereby **ADMINISTRATIVELY CLOSED**. Any documents filed in Case No. 18-61361-WPD in the future shall be **<u>automatically stricken</u>**;

5. The Clerk shall place a copy of this Order in Case No. 18-61361-WPD and Case No. 16-62942-CIV-WPD, thereby indicating that the cases have been consolidated.

**DONE and ORDERED** in Chambers, Ft. Lauderdale, Broward County, Florida, this 27th day of August, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record