UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KERRY ROTH, on behalf of herself and
all others similarly situated,

      Plaintiffs,

v.

GEICO GENERAL INSURANCE
COMPANY,

      Defendant.
_____/

CASE NO.: 16-62942-Civ-WPD

MARIANNE JOFFE, DEBBE SCHERTZER,
and STEPHANIE RODRIGUEZ, individually and
on behalf of all others similarly situated,

      Plaintiffs,

v.

GEICO INDEMNITY COMPANY,
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, and GEICO GENERAL INSURANCE
COMPANY,

      Defendants.
_____/

CASE NO.: 18-61361-Civ-WPD

**ORDER GRANTING JOINT MOTION TO VACATE CERTAIN
ORDERS AND FINAL JUDGMENTS**

      THIS CAUSE is before the Court on the Joint Motion to Vacate Certain Orders and Final

Judgments [DE 354] in Case No. 16-62942-Civ-WPD.  The Court has carefully considered the

Motion, notes that it indicated in its August 27, 2020 Order Granting the Joint Motion for

Indicative Ruling that upon limited remand, this Court is likely to grant the Joint Motion to

Vacate Certain Orders and Final Judgments, *see* [DE 363], and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Clerk is **DIRECTED** to **REOPEN** this case;

2. The Joint Motion to Vacate Certain Orders and Final Judgments [DE 354] is **GRANTED**;

3. The following Orders and Judgments in Case No. 16-62942-Civ-WPD are hereby **VACATED**: the June 14, 2018 Summary Judgment Order [DE 247]; the November 21, 2018, and March 26, 2019 Judgments [DE's 281, 287]; the June 13, 2019 Order Granting Plaintiff's Verified Motion to Tax Costs [DE 303]; and the January 1, 2010, and May 4, 2020 Orders [DE's 333, 344].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of August, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record