**FILED**
**HH**
**D.C.**
**Mar 23, 2021**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 23, 2021

Kymberly Kochis
Eversheds Sutherland (US)LLP
The Grace Bldg
1114 AVENUE OF THE AMERICAS FL 40
NEW YORK, NY 10036

Appeal Number: 20-10465-HH
Case Style: Kerry Roth v. GEICO General Insurance Co.
District Court Docket No: 0:16-cv-62942-WPD

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————————

No. 20-10465-HH

———————————————

KERRY ROTH,
on behalf of herself and all others similarly situated,

                        Plaintiff – Appellee – Cross Appellant,

versus

GEICO GENERAL INSURANCE COMPANY,
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY,
GEICO CASUALTY COMPANY,

                        Defendants – Appellants – Cross Appellees

———————————————

Appeal from the United States District Court
for the Southern District of Florida

———————————————

Before: MARTIN and NEWSOM, Circuit Judges.

BY THE COURT:

    The "Joint Motion to Dismiss Appeal as Moot" is GRANTED.

    The Clerk is directed to close the file on this appeal.